PD-1316-15

PD-1316-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/5/2015 4:39:57 PM
Accepted 10/7/2015 3:17:24 PM
ABEL ACOSTA
CLERK

NO. _____

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

---

**CRISTAN DRAYCE WILLIAMS**

**v.**

**THE STATE OF TEXAS**

---

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

---

Appeal from the Brazos County Court At Law No. 2
Trial Court Cause Number No: **12-02846-CRM-CCL2**
and
Cause Number **10-14-00307-CR** in the Tenth Court of
Appeals of Texas

---

**LAW OFFICE OF BENTON ROSS WATSON**
120 E. 1st Street
P.O. Box 1000
Cameron, Texas 76520
(254) 307-8181
(254) 231-0212—Facsimile
ross@texastopdefense.com
State Bar No. 24077591

FILED IN
COURT OF CRIMINAL APPEALS

October 7, 2015

ABEL ACOSTA, CLERK

In The
Court of Criminal Appeals
**Cristan Drayce Williams v. The State of Texas**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

Cristan Drayce Williams, Appellant, moves for an extension to file Appellant's Petition for Discretionary Review:

**I.**

Appellant Cristan Drayce Williams moves this Court to allow an extension of **THIRTY (30) days** to file his Petition for Discretionary Review.[1]

On July 30, the Waco Court of Appeals issued a memorandum opinion affirming the trial court's decision. *Cristan Drayce Williams v. State*, 2015 Tex. App. LEXIS 7928 (Tex. App.—Waco [10th Dist.] July 30, 2015). Appellant filed a Motion for Rehearing on August 13, 2015, which the Waco Court of Appeals denied on August 20, 2015.

**II.**
**REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE**

**A. The deadline for filing the Petition for Discretionary Review:** [2]

September 21, 2015.

---

[1] T EX. R. A PP. P. 68.2(c).

[2] TEX. R. A PP. P. 10.5(b)(1)(A).

**B. The length of the extension sought:**[3] Thirty (30) days—November 4, 2015.

**C. The facts relied upon to reasonably explain the need for the extension:** [4]

1. There was some miscommunication between Appellant and the previous trial /appellate attorney and myself regarding Appellant's current address and phone number.

2. Because of the miscommunication, Appellant did not receive notice about the court of appeals' final decision and order, or his right to seek review from this Court. (See Ex. A., Letter Returned Undelivered.).

3. Because Appellant did not receive notice, he was not able to make a decision about seeking further review.

4. Last week, however, trial (and previous appellate) counsel made personal contact with Appellant, who indicated his intent to seek relief from this Court.

5. Furthermore, I had limited time and resources to investigate the whereabouts of Appellant because I am a sole practitioner handling many civil and criminal cases without the help from partners, staff members, or assistants, and this is a court appointed case. (See Ex. B, Affidavit of Indigence, and Order Appointing Counsel.).

**D. Number of previous extensions granted for previous Petitions for Discretionary Review:**[5] None.

### III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance in allowing Appellant to timely file the Petition.

---

[3] TEX. R. A PP. P. 10.5(b)(1)(B).
[4] TEX. R. A PP. P. 10.5(b)(1)(C).
[5] TEX. R. A PP. P. 10.5(b)(1)(D).

## REQUEST FOR RELIEF

Appellant requests that this Court grant his Motion and extend the deadline for filing Appellant's Petition For Discretionary Review to November 4, 2015, or that this Court grant such additional time as is just and proper.

Respectfully submitted

Benton Ross Watson
120 E. 1st Street / Box 1000
Cameron, Texas 76520
Tel: 1 (254) 307-8181
Fax: 1 (254) 231-0212
ross@texastopdefense.com
State Bar No. 24077591
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2015, a true and correct copy of the above and foregoing document was served on the the Brazos County Attorney's Office by electronic transmission to randerson@brazoscountytx.gov.

Benton Ross Watson
ross@texastopdefense.com

# EXHIBIT A

[Notice Letter Returned Undelivered]

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

t us at usps.com

ANK
@75
8.27.15
2:12 pm



**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)
PHONE (254) 455-0569

Benton Ross Walton
130 E. 1st Street
Cameron, TX 76520

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No.

Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☑ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.*

**TO:** (PLEASE PRINT)    PHONE ( )

Cristan Dragca Williams
3130 E. 29th, Apt. D-9
Bu



**KEY RETURN ZIP CODE™**
United States Postal Service®
**RETURN TO SENDER**

☐ For pic  ☐ $100.0
m or call 800-222-1811.

ZIP + 4® (U  Z

L46 897



**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

EK 504805121 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|---|
| 76520 | ☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO | 08/26/15 | $ 16.95 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 08/25/15 | ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 4:26 ☐ AM ☑ PM | $ | $ | $ |

| Weight | Flat Rate | Acceptance Employee Initials | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|---|
| lbs. 14 ozs. | ☐ | SMJ | $ | $ 16.95 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    1-ORIGIN POST OFFICE COPY

TES ICE ®



certified
acidfreeboards
SILVER

♻ Please Recycle

EP13C

ATTEMPTED NOT KNOWN

RETURNED TO SENDER

# EXHIBIT B

[Affidavit of Indigence and Order Appointing Counsel]

CAUSE NO. 12-02846-CRM-CCL2

| THE STATE OF TEXAS | § | IN THE _____ DISTRICT COURT |
| | § | COUNTY COURT AT LAW NO. 1 /2 |
| VS. | § | |
| Cristan Drayce Williams | § | OF BRAZOS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☐ Is not a plea-bargain case, and the defendant has the right of appeal. [or]

☒ Is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ Is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ Is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ The defendant has waived the right of appeal.

At 11:14 o'clock A M

OCT 02 2014

MARC HAMLIN, DIST. CLERK
BRAZOS COUNTY, TEXAS
BY_____ Deputy

_____
Judge

9-29-14
Date Signed

I have received a copy of this certification. <u>I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.</u>

_____
Defendant (if not represented by counsel)
Mailing address: _____
_____
Telephone number: _____
Fax number (if any): _____

_____
Defendant's Counsel
State Bar of Texas ID number: 15554200
Mailing address: _____
Telephone number: 979.828.1376
Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case -- that is, a case in which a defendant's plea was guilty or nolo contendre and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

12-02845-CRM-CCL2
12-02846-CRM-CCL2
No. 13-00179-CRM-CCL2

| THE STATE OF TEXAS | § | IN THE COUNT COURT |
| VS. | § | AT LAW NO. 1 |
| WILLIAMS, CRISTAN DRAYCE | § | BRAZOS COUNTY, TEXAS |

## ORDER APPOINTING ATTORNEY

I hereby appoint **PASCHALL, JOHN C.**, an attorney found by the Court to be competent, to represent the defendant in the above numbered and entitled cause, and to continue to represent the defendant until the case is concluded, including appeal, if any, or until released by written order of this Court.

SIGNED on this March 05, 2013.

Original signed by
Judge Dana Zachary

Presiding Judge

Copy was: Mailed/Delivered to:

PASCHALL, JOHN C.      P.o. Box 681      Franklin, Tx 77856  979-828-1376
Attorney Appointed

WILLIAMS, CRISTAN DRAYCE   3130 E 29TH ST APT D9      Bryan, TX 77802
Defendant

Revised 01/2006